AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:26-mj-3153-RJS | 8/13/2026 2:00 P.M. | |

Inventory made in the presence of :
TFO Michael Twombly, and Postal Inspector Joseph A. Haluska

Inventory of the property taken and name of any person(s) seized:

U.S. Postal Service Priority Mail Box bearing tracking number 9205 5903 2790 8754 3734 79 addressed Evan Budry Apt 207 315 Flagstone Crossing Way Rolesville NC 27571 bearing return address of Mark Branch 916 W 18th St Lorain OH 44052

35 grams of suspected Xanax from USPS Priority Parcel bearing tracking number 9205 5903 2790 8754 3734 79

FILED
10:07 am Aug 17 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/13/2026

Joseph A Haluska
*Executing officer's signature*

Joseph A Haluska , US Postal Inspector
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In the Matter of the Search of
U.S. Postal Service Priority Mail box bearing tracking number 9205 5903 2790 8754 3734 79 addressed Evan Budry Apt 207 315 Flagstone Crossing Way Rolesville NC 27571 bearing return address of Mark Branch 916 W 18th St Lorain OH 44052

Case No. 1:26-mj-3153-RJS

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Ohio, Eastern Division *(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail box bearing tracking number 9205 5903 2790 8754 3734 79 addressed Evan Budry Apt 207 315 Flagstone Crossing Way Rolesville NC 27571 bearing return address of Mark Branch 916 W 18th St Lorain OH 44052

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before __________ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to REUBEN J. SHEPERD .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of __________ .

Date and time issued: 8/13/26, 1:04pm

*Judge's signature*

City and state: CLEVELAND, OHIO

REUBEN J. SHEPERD, US MAGISTRATE JUDGE
*Printed name and title*